CUBILLE, DEMANDANTE Y APELADA, *v.* DE LA CRUZ, DEMANDADA
Y APELANTE.

APELACIÓN procedente de la Corte de Distrito de Ponce en
pleito sobre reivindicación.

No. 1480.—Resuelto en julio 7, 1916.

REIVINDICACIÓN—DECLARACIÓN VAGA.—En una acción de reivindicación, cuando la
prueba en su conjunto convence que el demandante y su causante poseyeron
la finca en concepto de dueños por el período de tiempo que la ley exije
y que reunieron en ellos todos los títulos de la finca, nada afecta al éxito de
la misma que el actor sea en su declaración algo vago con respecto a si ad-
quirió por compra o si así lo hizo su causante.

Los hechos están expresados en la opinión.

Abogado del apelante: *Sr. R. Sánchez Montalvo.*

La apelada no compareció.

EL JUEZ ASOCIADO SR. WOLF, emitió la opinión del tri-
bunal.

Después de la consideración que hemos hecho de los autos
de este caso, que es una acción de reivindicación, somos de
opinión de que existe prueba suficiente para demostrar que
Carmen Cubille poseyó la finca en cuestión por más de treinta
años y que la corte estuvo justificada en dictar sentencia
a su favor. Sostiene la apelante que la demandante se encon-
traba allí como una mera arrendataria, pero creemos que
la prueba demuestra, aunque no tan satisfactoriamente como
debiera serlo, que la demandante y su madre antes que ella,
poseyeron la finca en concepto de dueñas por el período de
tiempo que la ley exige. Importa muy poco que la deman-
dante sea algo vaga en su declaración con respecto a si ella
adquirió parte de la finca por compra a su hermana, o si así
lo hizo su madre, puesto que toda la prueba nos convence,
como convenció a la corte sentenciadora, de que la deman-
dante reunió en ella todos los títulos de dicha finca. Otros
errores fueron alegados. Uno relativo a la falta de identi-
ficación de los recibos de contribuciones, pero creemos que
la descripción en unión de la manifestación hecha por la

demandante, identificaron suficientemente los recibos. Después de presentada toda la prueba, la apelante hizo alusión a ésta porque tendía a demostrar que la demanda no expresaba una causa de acción. La mejor contestación es que en la demanda se describía la finca y que la demandante tenía el dominio absoluto de la misma. Los demás errores se refieren a la consideración que se hizo de la prueba y a la opinión de la corte y no es necesario que sean discutidos.

Debe confirmarse la sentencia.

*Confirmada la sentencia apelada.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados del Toro, Aldrey y Hutchison.